**In Re The Marriage Of James Notley PEPPER, Respondent,**

v.

**Jennifer Pepper JONES, Appellant.**

**No. WD34309.**

Missouri Court of Appeals,
Western District.

Jan. 10, 1984.

Daniel M. Dibble, Kathryn H. Vratil, Kansas City, John R. Cady, Platte City, for appellant.

John H. Norton, Kenneth C. Hensley, Kansas City, for respondent.

Before SOMERVILLE, P.J., and NUGENT and LOWENSTEIN, JJ.

## ORDER

PER CURIAM:

This is a direct appeal from an order modifying a decree of child custody under Section 452.410, RSMo.1978.

No jurisprudential purpose would be served by a written opinion.

The judgment is affirmed. *Rule 84.16(b).*